UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV – 02-4078 DSD/SRN

| | |
|---|---|
| Cynthia J. Nustad,<br><br>　　　　　　　　Plaintiff,<br>-vs-<br><br>Receivables Management Group, Inc.,<br><br>　　　　　　　　Defendant. | NOTICE OF MOTION AND MOTION FOR DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff, Cynthia J. Nustad and Defendant, Receivables Management Group, Inc. hereby jointly petition the court to dismiss all claims in the above-entitled action, with prejudice and on the merits without costs, disbursements or attorney's fees to any party the above-entitled action and requests that the court enter the accompanying order and dismiss this case in accordance with the Notice.

　　　　　　　　Respectfully submitted,

Slade Legal Services

_____
Nicholas P. Slade
Attorney Lic. # 270787
430 Oak Grove Street, Ste. 100
Minneapolis, MN 55403
Tel: 612.990.3203

Attorney for Plaintiff

Brutlag, Hartmann & Okoneski, P.A.

_____
Ryan J. Trucke
Attorney Lic. # 030590X
1100 Pilsbury Center
200 South 6th Street
Minneapolis, MN 55402
Tel: 612.630.3204

Attorney for Defendant

FILED FEB 2 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD._____
DEPUTY CLERK_____

## ORDER

Upon all of the file and records herein, and all of the documents on file, including joint notice of motion and motion the court makes the following **ORDER**:

1. Joint Motion to Dismiss is **GRANTED.**
2. All claims are **DISMISSED WITH PREJUDICE.**
3. Dismissal is without costs, disbursements or attorney's fees to either party in the above-entitled action.

**LET JUDGMENT BE ENTERED ACCORDINGLY AND FORTHWITH.**

Dated: 2/25/03

The Honorable David S. Doty
Judge of the United States District Court